IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  05-cr-00364-EWN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     ARTHUR LEE ASHLEY,

        Defendant.

## ORDER TO ISSUE WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE COURT has reviewed the Government's Petition for a Writ of Habeas Corpus Ad Prosequendum pertaining to the above-named defendant for a sentencing hearing before the United States District Court for the District of Colorado on February 22, 2006 at 2:15 p.m.  The Court is familiar with the file in this case.

Being now informed in the premises, the Court hereby orders the Clerk of the United States District Court to issue such a Writ directing the United States Marshal and any other officer in whose custody the defendant may be held to bring the body of Arthur Lee Ashley, defendant, now confined in the Arapahoe County Jail located at 13101 E. Broncos Parkway, Centennial, CO 80112, before a United States Judge, sitting at Denver, Colorado, on February 22, 2006 at 2:15 p.m., from day to day thereafter, for a sentencing hearing in the United States District Court for the District of Colorado in the above-entitled and pending cause; and to hold the said defendant at all times in custody as an agent of the United States of America; that immediately after the conclusion of the proceedings described in the above-entitled cause in the

United States District Court for the District of Colorado, the United States Marshal and any other officer in whose custody the defendant is held shall return the defendant to the institution where he was confined, under safe and secure conduct, and have then and there this Writ.

IT IS SO ORDERED on this 31st day of January, 2006.

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
UNITED STATES DISTRICT JUDGE
DISTRICT OF COLORADO
